THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

------------------------------------------------------------- x
CARL PUIATTI,                                                 :
                                                              :
                                                              :
                                                              :
                                                              :
                  Petitioner,                                 :  Case No. 8:92-cv-539-T-17EAJ
         v.                                                   :
                                                              :
SECRETARY, FLORIDA DEPT. OF                                   :
CORRECTIONS,                                                  :
                                                              :
                                                              :
                                                              :
                  Respondent.                                 :
------------------------------------------------------------- x

### ORDER TO TRANSPORT PETITIONER

ORDERED that the proper authorities at the Florida Department of Corrections are hereby respectfully requested, directed and authorized to receive the PETITIONER, CARL PUIATTI, from the Courtroom of the Honorable Elizabeth A. Kovachevich, and transport said Petitioner to the UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH ST., RAIFORD, FLORIDA, upon the conclusion of the Evidentiary Hearing on June 27, 2012, at 1:00 PM.

ORDERED at Tampa, Florida, on June 27th, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

US_ACTIVE:\44038988\1\99995.0469